# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.S.G by and through his guardian ad litem Janeth Garza,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No.  1:16-cv-1538-BAM<br><br>ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>(Doc. 16) |

　　The Court has considered the petition of Janeth Garza for appointment as Guardian Ad Litem for I.S.G, her minor son, who is Plaintiff in this action. Good cause appearing,

　　IT IS SO ORDERED, that Janeth Garza is appointed as Guardian Ad Litem for I.S.G, her minor son.

IT IS SO ORDERED.

　　Dated:   **October 21, 2016**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1