Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ISRAEL SAMUEL GAYTAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.S.G, A MINOR, | Case No.: 1:16-cv-01538-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE CONFIDENTIAL LETTER BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff I.S.G., a minor, and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 11 days from April 1, 2017 to April 12, 2017 for Plaintiff to file a Confidential Letter Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request and counsel has been working under an extreme caseload due to the loss of an attorney last June and two replacements failing. Counsel has sought to do as much as she can when she can and is meeting

-1-

deadlines as best she can. Counsel was not able to prepare this confidential letter brief timely and defendant has requested extension. Counsel forwarded the confidential letter brief to defendant on April 12, 2017. Counsel seeks this continuance in good faith.

DATE: May 4, 2017    Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Israel Samuel Gaytan

DATE: May 4, 2017    PHILLIP A. TALBERT
*United States Attorney*

BY: /s/ *Marcelo N. Illarmo*
_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## **ORDER**

Pursuant to the stipulation of the parties filed on May 5, 2017, and good cause appearing, Plaintiff's request for an extension of time from April 1, 2017, to April 12, 2017, to serve his Confidential Letter Brief is HEREBY GRANTED nunc pro tunc. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**May 5, 2017**__    ____/s/ *Barbara A. McAuliffe*____
UNITED STATES MAGISTRATE JUDGE