# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.S.G., <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:16-cv-1538-BAM <br><br> ORDER GRANTING PLAINTIFF'S STIPULATION FOR RENEWED REQUEST FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF <br><br> Opening Brief due: August 7, 2017 |

On October 12, 2016, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. On October 21, 2016, the Court issued a scheduling order. (Doc. 5). The scheduling order states that in the event Defendant does not agree to a remand, within thirty (30) days of service of Defendant's response to Plaintiff's confidential letter brief, Plaintiff shall file an opening brief. (Doc. 5 at ¶ 6.) On May 17, 2017, Defendant filed a certificate of service stating that her response to Plaintiff's confidential letter brief was served on May 17, 2017. (Doc. 16). Plaintiff's opening brief was due on June 16, 2017.

After Plaintiff's deadline had passed for filing her opening brief, Plaintiff filed a stipulation on June 20, 2017, to request an extension to "August 15, 2017" to file her opening brief. (Doc. 17). On June 30, 2017, the Court denied Plaintiff's stipulation for an extension of time without prejudice subject to renewal. (Doc. 18). On July 7, 2017, Plaintiff filed a renewed stipulation for an extension of time to file her opening brief. (Doc. 20).

Based upon a review of Plaintiff's stipulation for a renewed request for an extension of

-1-

time, and for good cause showing, Plaintiff's renewed request is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before August 7, 2017;
2. Defendant shall file a response to Plaintiff's opening brief on or before September 7, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before September 21, 2017.

IT IS SO ORDERED.

Dated: **July 10, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE